# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KIMBERLY TRETO, | CASE NO. C16-1770MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DELTA AIR LINES, INC., et al., | |
| Defendant(s). | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

This matter comes before the Court on the parties stipulated motion to continue pretrial deadlines and trial date (Dkt. No. 19). The Court has reviewed the motion and the motion is DENIED on this record. The parties have failed to provide the Court with the length of recovery time anticipated following the surgery. The Court will consider a renewed motion by the parties that includes this information.

//

MINUTE ORDER - 1

//

The clerk is ordered to provide copies of this order to all counsel.

Filed September 18, 2017.

__William M. McCool__
Clerk of Court

__s/Rhonda Miller__
Deputy Clerk
