UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIMBERLY TRETO, | CASE NO. C16-1770 MJP |
| Plaintiff, | ORDER ON PLAINTIFF'S MOTION TO COMPEL |
| v. | |
| DELTA AIR LINES INC, et al., | |
| Defendants. | |

The above-entitled Court, having received and reviewed:

1. Plaintiff's Motion to Compel Discovery from Defendant Skywest (Dkt. No. 26),

2. Defendant's Response to Plaintiff's Motion to Compel Discovery from Defendant Skywest (Dkt. No. 29),

3. Plaintiff's Reply in Support of Motion to Compel Discovery from Defendant Skywest (Dkt. No. 41),

all attached declarations and exhibits, and relevant portions of the record, rules as follows:

IT IS ORDERED that the motion is DENIED.

ORDER ON PLAINTIFF'S MOTION TO COMPEL - 1

**Discussion**

The Court finds as follows:

-- Assuming that the maintenance records have been produced from the date of the incident until April 1, 2016 (when the seats were replaced), Plaintiff's motion is DENIED.

-- Assuming that the names of the pilots, the flight attendants and those seated in Rows 5, 6, and 7 of the flight on which Plaintiff was a passenger on the date in question have already been produced, Plaintiff's request for the complete list of all passengers on that flight is DENIED.

-- Plaintiff's request for the list of passengers on the two flights following the flight at issue in this case is an invasion of privacy unsupported by any evidence that it is likely to produce discoverable information and is also DENIED.

The clerk is ordered to provide copies of this order to all counsel.

Dated May 16, 2018.

*[signature]*

The Honorable Marsha J. Pechman
United States Senior District Court Judge