THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KIMBERLY TRETO,

        Plaintiff,

vs.

DELTA AIR LINES, INC., a Delaware Corporation; and SKYWEST AIRLINES, a Utah Corporation,

        Defendants.

No. 2:16-cv-01770-MJP

**AMENDED** STIPULATED MOTION AND ORDER TO EXTEND DATE FOR CLOSE OF DISCOVERY

NOTE ON MOTION CALENDAR:
MAY 24, 2018

## I. STIPULATION

The parties hereto, through their undersigned counsel, hereby stipulate as follows:

1. As a result of the absence of counsel due to previously scheduled vacations and other conflicts of counsel; delayed discovery due to discovery disputes; difficulty scheduling and re-scheduling multiple out of state witnesses, including healthcare providers; out of state defense witness unavailability due to scheduling and employment/flight conflicts; and new additional fact and expert witnesses recently disclosed in amended disclosures, the parties have not been able, and will not be able to complete discovery before the current date for close of discovery, which is May 25, 2018.

AMENDED STIPULATED MOTION AND
ORDER TO EXTEND DATE FOR CLOSE OF
DISCOVERY – Page 1
Case No. 2:16-cv-01770-MJP

*Law Offices Of*
**KRUTCH LINDELL BINGHAM JONES, P.S.**
600 University Street, Suite 1701
Seattle, WA 98101-3303
(206) 682-1505 FAX: (206) 467-1823

2. Among the recently disclosed witnesses are the identities of two individuals who were passengers seated in the seats in the subject aircraft, in seats immediately in front of Plaintiff's seat, on the third flight following the flight on which Plaintiff alleges she was injured. Defendant SkyWest has also recently amended its expert witness disclosure to endorse an expert economist. In addition, additional rebuttal witnesses may be necessary as a result of recent depositions of Defendant SkyWest's employees.

3. Defense counsel Mark Northcraft, who has been handling liability discovery for the defense, will unavailable from May 28, 2018 to June 19, 2018. Plaintiff's counsel was out of the country for three weeks beginning on April 16, 2018.

4. The parties have agreed to cooperate in completing the depositions of remaining previously disclosed witnesses and newly disclosed witnesses. Because of Mr. Northcraft's impending absence, the parties have agreed to request that the Court extend close of discovery to July 20, 2018 before which the parties are confident all discovery can be completed, barring any new and unforeseen developments.

5. The parties do not believe that the granting of this motion and extending the close of discovery as requested will impact the parties' ability to comply will all other deadlines imposed by the Court in this case.

DATED this 24th day of May, 2018.

        KRUTCH LINDELL BINGHAM JONES, P.S.

        By: /s/ Jeffrey C. Jones
            Jeffrey C. Jones, WSBA #7670
            Attorney for Plaintiff

AMENDED STIPULATED MOTION AND ORDER TO EXTEND DATE FOR CLOSE OF DISCOVERY – Page 2
Case No. 2:16-cv-01770-MJP

*Law Offices Of*
KRUTCH LINDELL BINGHAM JONES, P.S.
600 University Street, Suite 1701
Seattle, WA 98101-3303
(206) 682-1505 FAX: (206) 467-1823

NORTHCRAFT, BIGBY & BIGGS, P.C.

By: /s/Mark S. Northcraft
    Mark S. Northcraft, WSBA #7888
    Aaron D. Bigby, WSBA #29271
    Attorneys for Defendants

## II. ORDER

THIS MATTER having come on before the Court upon the above stipulation of the parties, now, therefore, it is

ORDERED that the close of discovery herein is extended until July 20, 2018.

DATED this 24th day of May, 2018.

_____
THE HONORABLE MARSHA PECHMAN

AGREED AND APPROVED FOR ENTRY:

KRUTCH LINDELL BINGHAM JONES, P.S.

By: /s/ Jeffrey C. Jones
    Jeffrey C. Jones, WSBA #7670
    Attorney for Plaintiff

NORTHCRAFT, BIGBY & BIGGS, P.C.

By: /s/ Mark S. Northcraft
    Mark S. Northcraft, WSBA #7888
    Aaron D. Bigby, WSBA #29271
    Attorneys for Defendants

AMENDED STIPULATED MOTION AND
ORDER TO EXTEND DATE FOR CLOSE OF
DISCOVERY – Page 3
Case No. 2:16-cv-01770-MJP

*Law Offices Of*
**KRUTCH LINDELL BINGHAM JONES, P.S.**
600 University Street, Suite 1701
Seattle, WA 98101-3303
(206) 682-1505 FAX: (206) 467-1823