UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIMBERLY TRETO, | CASE NO. C16-1770 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DELTA AIR LINES INC, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court is in receipt of Plaintiff's Motion for Reconsideration of Order Denying Motion to Compel (Dkt. No. 47) and the accompanying Declaration of Jeffrey C. Jones. (Dkt. No. 48.)

Defendant is ordered to file responsive briefing to Plaintiff's motion for reconsideration. Defendant's response shall not exceed ten (10) pages, and will be due no later than June 14, 2018. The motion for reconsideration is re-noted to **June 15, 2018.**

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Filed May 31, 2018.

<pre>
                                    William M. McCool
                                    Clerk of Court

                                    s/Paula McNabb
                                    Deputy Clerk
</pre>