UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIMBERLY TRETO,<br><br>                Plaintiff,<br><br>   v.<br><br>DELTA AIR LINES INC, et al.,<br><br>                Defendants. | CASE NO. C16-1770 MJP<br><br>ORDER ON MOTION FOR RECONSIDERATION |

The Court, having received and reviewed:

1. Plaintiff's Motion for Reconsideration of Order Denying Motion to Compel (Dkt. No. 47),

2. Defendants' Response to Plaintiff's Motion for Reconsideration (Dkt. No. 50),

all attached exhibits and declarations, and relevant portions of the record, rules as follows:

IT IS ORDERED that the motion is DENIED.

Plaintiff seeks reconsideration of an order denying her request that (among other things) Defendant Skywest be compelled to produce contact information for all the passengers on the

subject flight on which Plaintiff alleges that she was injured; all passengers seated in rows 5, 6, and 7 on the two flights following Plaintiff's flight; and all passengers seated in rows 6 and 7 on the third flight following Plaintiff's flight. (Dkt. No. 43.)

Plaintiff has been provided with contact information for the only other person who (on a flight following hers on the day in question) occupied the seat in front of where she alleges she sat, the seat which she alleges collapsed back onto her knees. That person (and the person sitting next to them) reported that there was nothing defective about the seat. (Dkt. No. 48 at ¶ 10.)

Plaintiff has also had the opportunity to depose the personnel whose job requires them to note extreme landings or other extraordinary circumstances on board their craft. The fact that those persons did not note anything unusual on the day in question cuts against any presumption that other passengers on Plaintiff's flight have any information which would assist her in developing her case.

The Court finds that Plaintiff has come forward with neither new facts nor new law and has further failed to demonstrate legal error in the Court's determination that the discovery which she seeks is unlikely to lead to the production of admissible evidence in her case. On that basis, her motion for reconsideration will be DENIED.

The clerk is ordered to provide copies of this order to all counsel.

Dated June 27, 2018.

The Honorable Marsha J. Pechman
United States Senior District Court Judge